IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:26CR74** |
| vs. | |
| JEFFREY G. GALL, | **ORDER** |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Cheryl M. Kessell to withdraw as counsel for the defendant, Jeffrey G. Gall (Filing No. 19).  Jerry M. Hug has filed an entry of appearance as retained counsel for Jeffrey G. Gall.  Therefore, Cheryl M. Kessell's motion to withdraw (Filing No. 19) will be granted.

Cheryl M. Kessell shall forthwith provide Jerry M. Hug any discovery materials provided to the defendant by the government and any such other materials obtained by Cheryl M. Kessell which are material to Jeffrey G. Gall's defense.

The clerk shall provide a copy of this order to Jerry M. Hug.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge